UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

        Plaintiff,

v.                                                  Case No: 6:21-cv-6-WWB-EJK

FLORIDAS FINEST FRENCH BAKERY,
INC.,

        Defendant.
_____

## ORDER

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled. (Doc. 14).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on February 4, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record